No. 03–1688.  PT PERTAMINA (PERSERO), FKA PERUSAHAAN PERTAMBANGAN MINYAK DAN GAS BUMI NEGARA *v.* KARAHA

BODAS CO., L. L. C.  C. A. 5th Cir.  Motion of Republic of Indonesia for leave to file a brief as *amicus curiae* granted.  Certiorari denied.